# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                      Case No. 4:14-cr-00195 KGB

**JED STEWART LINEBERRY**                                      **DEFENDANT**

## ORDER

       Defendant Jed Stewart Lineberry has filed a motion for early termination of supervised release (Dkt. No. 4).  The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to John Ray White, Chief of the Criminal Division for the United States Attorney's Office.  The United States must respond to the motion, after conferring with the probation office, within 14 days from the entry of this Order.

       It is so ordered this 13th day of July, 2015.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge